## Commonwealth *v.* Rembisz, Appellant.

Submitted June 12, 1970. *John J. Brier,* Assistant Public Defender, for appellant; *Irwin Schneider,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Reynolds, Appellant.

Submitted June 8, 1970. *Ben Joseph* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *George R. D'Ambrosio,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.